■ P.S. MARCATO ELEVATOR CO., INC., Appellant, v J.P. MORGAN CHASE BANK & CO., Respondent. [819 NYS2d 665]—Appeal from order, Supreme Court, New York County (Helen E. Freedman, J.), entered April 4, 2005, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, McGuire and Malone, JJ.